

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
aolcese@karpf-law.com
tseiler@karpf-law.com

July 1, 2021

**VIA ECF ONLY**

The Honorable Brian Martinotti
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  **Re:** *Martha Hicks v. State of NJ DOC et al.*
     **Docket No.: 3:16-cv-00927**

Dear Judge Martinotti,

  I represent Plaintiff in the above-referenced matter. I write on behalf of Plaintiff without objection from Defendants to respectfully request an extension of jurisdiction over the consummation of settlement in this matter through September 1, 2021. After the parties were able to reach an agreement to resolve the matter and execute the written Settlement Agreement, there was a delay due to a potential lien issue that has since been resolved, and are both currently working cooperatively to fully consummate the settlement. Plaintiff therefore respectfully requests an extension until September 1, 2021. Of course, should settlement be fully consummated prior to this time, the parties will file a stipulation of dismissal.

Should Your Honor require a more formal motion or additional information, please do not hesitate to contact me.

          Respectfully submitted,

          **KARPF, KARPF & CERUTTI, P.C.**

          */s/ Andrew R. Olcese*
          Timothy S. Seiler, Esq.
          Andrew R. Olcese, Esq.

cc:  All Counsel of Record *(via ECF)*