RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Edwin F. Chociey, Jr., Attorney ID #014811993
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
echociey@riker.com

Attorneys for Defendants
State of New Jersey Department of Corrections,
Major Gerard Caldarise and Lieutenant Bernard Wille

| | |
|---|---|
| MARTHA HICKS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS; MAJOR GERALD CALDARISE; LIEUTENANT BERNARD WILLIE,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No. 16-927(BRM)(JSA)<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1), by and between plaintiff and defendants, that this action is dismissed with prejudice and without costs, expenses or attorneys' fees to any party.

Karpf, Karpf & Cerutti, P.C.
Attorneys for Plaintiff


By:      s/Andrew R. Olcese
            Andrew R. Olcese

Dated: July 21, 2021

Riker Danzig Scherer Hyland & Perretti LLP
Attorneys for Defendants

By: _____
      Edwin F. Chociey, Jr.

Dated: July 21, 2021

5291575v1